**FILED**
**Feb 24, 2022**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-0095 EPG |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS AND PROPOSED ORDER |
| v. | |
| CARLOS GUSTAVO TERAN-MIRANDA, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the UFAP complaint filed in the above-captioned matter for the following reason.

According to the FBI, the underlying criminal case is no longer viable and local authorities do not intend to seek extradition of the defendant. It is also requested that the arrest warrant that issued herein be recalled.

Dated: February 23, 2022                PHILLIP A. TALBERT
                                        United States Attorney

                                   By:  /s/ KAREN A. ESCOBAR
                                        KAREN A. ESCOBAR
                                        Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED this  24  day of  February , 2022.

                                        ERICA P. GROSJEAN
                                        U.S. MAGISTRATE JUDGE